# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0853.   SEAN RICHARDS v. THE HONORABLE GLEN ASHMAN, MUNICIPAL JUDGE FOR THE CITY OF EAST POINT.**

Following his conviction in municipal court of obstructing officers, Sean Richards petitioned the superior court for a writ of certiorari. On July 11, 2014, the superior court granted the writ of certiorari. However, after Richards failed to comply with OCGA § 5-4-5 (a) by posting bond or filing an affidavit of indigence, the superior court dismissed the petition. Richards filed a motion for reconsideration, which the superior court denied. Richards filed a notice of appeal to this Court. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). This procedure must be followed even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Richards failed to comply with the discretionary appeal procedure. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* ___01/16/2015___
      *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____*Stephen E. Castlen*_____ , *Clerk.*